**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HENRY NUNCIO FALCONE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-233** |
| **ANCO INSULATIONS, INC. ET AL** | **SECTION: "G"(5)** |

## ORDER AND REASONS

In this litigation, Plaintiff Henry Nuncio Falcone ("Plaintiff") alleges that he was exposed to asbestos and sustained injuries as a result of that exposure.[1] Plaintiff brings claims against numerous defendants including Huntington Ingalls, Inc. ("Avondale") and Gulf Coast Marine Fabricators, Inc. ("Gulf Coast").[2] Avondale also brings a cross claim seeking contribution from Gulf Coast.[3] Before the Court is Defendant Gulf Coast's "Motion for Summary Judgment."[4] In the Motion, Gulf Coast asserts that it is entitled to summary judgment because there is no genuine factual dispute that Gulf Coast has (1) never manufactured asbestos or asbestos-containing products; (2) never employed Plaintiff; and (3) Plaintiff has never been to Gulf Coast's property.[5] Additionally, because there is no genuine factual dispute that Gulf Coast bears any liability for Plaintiff's underlying claims, Gulf Coast argues it is not liable to cross-claimant Avondale for

---

[1] Rec. Doc. 1 at 4–5.

[2] *Id*.

[3] Rec. Doc. 79.

[4] Rec. Doc. 112.

[5] Rec. Doc. 112-2 at 2 – 6.

contribution of its virile share.[6] Plaintiff and cross-claimant do not oppose the motion.[7]

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Gulf Coast Marine Fabricators, Inc.'s "Motion for Summary Judgment"[8] is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff Henry Nuncio Falcon and cross-claimant Huntington Ingalls, Inc.'s claims against Gulf Coast Marine Fabricators, Inc. are **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA,** this 19th day of July, 2021.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[6] *Id.* at 4.

[7] *See* attached correspondence.

[8] Rec. Doc. 7.

**From:** Amanda Fraser
**To:** eFile-Brown; Madison G. McIntosh
**Cc:** aec@arlaw.com; melissa.addison@arlaw.com; Maureen Murry; Amber B. Barlow; cwilliams@deutschkerrigan.com; jdransfield@deutschkerrigan.com; mkloumassis@deutschkerrigan.com; rjenkins@deutschkerrigan.com; Amber L. Stewart; amy.baldwin@formanwatkins.com; angela.mcleod@formanwatkins.com; Angela M. Bowlin; mdale@frilot.com; sdennis@frilot.com; Anthony John Staines; kleblanc@staines-eppling.com; shari@seklaw.com; stacy@staines-eppling.com; Barbara Bourgeois Ormsby; cwilliams@deutschkerrigan.com; jdransfield@deutschkerrigan.com; mkloumassis@deutschkerrigan.com; rjenkins@deutschkerrigan.com; Beverly M. Klundt; jgalaviz@pugh-law.com; sgoff@pugh-law.com; Blaine Augusta Moore; asbestos@courington-law.com; bankersen@courington-law.com; caroberts@courington-law.com; cwilliams@courington-law.com; msemmes@courington-law.com; Bradley Adam Hays; AsbLitLA@mgmlaw.com; erotherham@mgmlaw.com; mzdenek@mgmlaw.com; tkeeler@mgmlaw.com; Brady McNeil Hadden; jepstein@liskow.com; Brandie Mendoza Thibodeaux; jbrekeen@mgmlaw.com; Brittney Bullock Ankersen; asbestos@courington-law.com; caroberts@courington-law.com; cwilliams@courington-law.com; jburg@courington-law.com; tbell@courington-law.com; Jr; yvonne.evans@arlaw.com; Charles B. Wilmore; cwynn@liskow.com; llicciardiello@liskow.com; Christopher Ashley Meeks; carmstrong@gallowaylawfirm.com; cmeeks612@gmail.com; TJackson@gallowaylawfirm.com; Christopher Kelly Lightfoot; lsigur@hmhlp.com; rhotard@hmhlp.com; Christopher O. Massenburg; comadmins@mgmlaw.com; mzdenek@mgmlaw.com; tkeeler@mgmlaw.com; Colin Felicien Lozes; cfalcon@courington-law.com; spratt@courington-law.com; Craig V. Sweeney; dwitchen@bluewilliams.com; jbrown@bluewilliams.com; Cynthia Cleland Roth; dwitchen@bluewilliams.com; jbrown@bluewilliams.com; Damon R. Pourciau; Lorin W. Staup; Sarah T. Wide; Daniel E. Oser; area@pugh-law.com; Jr; JWM@chehardy.com; MAJ@chehardy.com; Daniel S Roberts; Peggy.Haralson@formanwatkins.com; Danielle Mikel Sczesny; pkalk@mgmlaw.com; David C. Bernard; nora@seklaw.com; David M. Stein; tgegenheimer@pugh-law.com; Jr; shauna.vallet@bblawla.com; David Melancon; Amanda Bladsacker; avondaleasbestos@bluewilliams.com; david-melancon-1005@ecf.pacerpro.com; Irwin Avondale@irwinllc.com; Jason Serio; Kim Rebouche; kwilson@lawla.com; Deborah DeRoche Kuchler; cmcclain@kuchlerpolk.com; Devin C. Reid; astmary@liskow.com; dstevenson@liskow.com; emitchell@liskow.com; Donna M. Young; asbestos@pugh-law.com; jducote@pugh-law.com; lpugh@pugh-law.com; Douglas Kinler; dwanv@spsr-law.com; stacyv@spsr-law.com; Douglas R. Elliott; psigur@pugh-law.com; sobrien@pugh-law.com; Douglas Watson Redfearn; marilynb@spsr-law.com; II; Jr; elassusj@bellsouth.net; Edward T. Hayes; clicciardi@leakeandersson.com; Edward Trapolin; Amanda Bladsacker; edward-trapolin-0790@ecf.pacerpro.com; Julie Martinez; Phyllis Bell; Lynette Johnson; Elia Diaz-Yaeger; tboyd@lawla.com; Elizabeth Riddell Penn; LAeservice@formanwatkins.com; Erin Brooke Rigsby; dmb@chehardy.com; grace@thetrialteam.com; Ernest G. Foundas; lmichiels@pugh-law.com; mdavis@pugh-law.com; Etienne Francis Rene; Francis Christopher Cannone; cnagy@twpdlaw.com; jplaisance@twpdlaw.com; tdennies@twpdlaw.com; III; sjohnson@pugh-law.com; tgegenheimer@pugh-law.com; Gabriel J. Veninata; twilcox@hmhlp.com; Jr; bburgess@stonepigman.com; Georgia Noble Ainsworth; cheri.shields@keanmiller.com; Glenn Lyle Maximilian Swetman; AsbLitLA@mgmlaw.com; Gus Fritchie; Gwen LeSage; gus-fritchie-4528@ecf.pacerpro.com; Julie Martinez; Jr; asbestos@pugh-law.com; bklundt@pugh-law.com; jgalaviz@pugh-law.com; lpugh@pugh-law.com; sgoff@pugh-law.com; sthompson@pugh-law.com; Inemesit U. O"Boyle; ks@chehardy.com; Jacqueline Romero; asbestos@pugh-law.com; jgalaviz@pugh-law.com; sgoff@pugh-law.com; sobrien@pugh-law.com; James Matthew Matherne; asbestos@courington-law.com; spratt@courington-law.com; James McClendon Williams; dmb@chehardy.com; James R. Guidry; sandir@spsr-law.com; Jamie Hebert Baglio; jducote@pugh-law.com; sobrien@pugh-law.com; Janice M. Culotta; cheri.shields@keanmiller.com; Janika D. Polk; mcangiamilla@kuchlerpolk.com; rallison@kuchlerpolk.com; rgoldstein@kuchlerpolk.com; Jeanette Seraile-Riggins; jay.jalenak@keanmiller.com; tammy.gibson@keanmiller.com; Jay P. Farmer; mnguyen@lawla.com; AsbLitLA@mgmlaw.com; cburciaga@mgmlaw.com; Jeffrey Matthew Burg; asbestos@courington-law.com; bankersen@courington-law.com; caroberts@courington-law.com; cwilliams@courington-law.com; gbarattini@courington-law.com; kcourington@courington-law.com; msemmes@courington-law.com; Jennifer E. Adams; cwilliams@deutschkerrigan.com; mkloumassis@deutschkerrigan.com; John Allain Viator; jennifer.holtzclaw@bblawla.com; III; sdennis@frilot.com; IV; area@pugh-law.com; Kari M. Rosamond; jflesher@deutschkerrigan.com; kdahlgreen@deutschkerrigan.com; Katherine Osborne Hannan; dfogg@lawla.com; kwilson@lawla.com; Kathleen Erin Jordan; sjohnson@pugh-law.com; Kaye N. Courington; Kelly L. Long; sdennis@frilot.com; tprice@frilot.com; Kelsey A. Eagan; eguidry@frilot.com; Kirk Norris Aurandt; Kristopher T. Wilson; dfogg@lawla.com; Lacey Taylor McCoy; eguidry@frilot.com; Lauren Ann McCulloch Semlinger; lauren.lee@morganlewis.com; MLB-LA-Asbestos@morganlewis.com; mlbhofilings@morganlewis.com; III; asbestos@pugh-law.com; dpope@pugh-law.com; Lee Blanton Ziffer; kdavis@kuchlerpolk.com; njeandron@kuchlerpolk.com; rharris@kuchlerpolk.com; Lee M. LeBouef; pwebb@leakeandersson.com; Lexi T. Holinga; shauna.vallet@bblawla.com; Louis Oliver Oubre; dwanv@spsr-law.com; Magali Ann Puente-Martin; eguidry@frilot.com; Marc E. Devenport; bclement@leakeandersson.com; ngreen@leakeandersson.com; Margaret M. Joffe; abladsacker@pugh-law.com; psigur@pugh-law.com; Mary Reeves Arthur; LAeservice@formanwatkins.com; Lyndy.Rayborn@formanwatkins.com; Marissa.Miller@formanwatkins.com; Mathilde Villere Semmes; caroberts@courington-law.com; cwilliams@courington-law.com; McGready Lewis Richeson; ataurassi@pugh-law.com; ctrahan@pugh-law.com; lmichiels@pugh-law.com; tgegenheimer@pugh-law.com; McNeil James Kemmerly; ilanier@leakeandersson.com; krastanis@leakeandersson.com; mkemmerly@cox.net; Meghan B. Senter; AsbLitLA@mgmlaw.com; Melissa Jade Shaffer; asbestos@bblawla.com; Scott Minyard; Amanda Bladsacker; Phyllis Bell; Michael William McMahon; dhartman@daiglefisse.com; kaurandt@daiglefisse.com; lgros@daiglefisse.com; Milele N. St. Julien; sjohnson@pugh-law.com; Mitchell F Tedesco; angela.davis@morganlewis.com; Monique M. Weiner; cmcclain@kuchlerpolk.com; jroberts@kuchlerpolk.com; Natasha Amber Corb; AsbLitLA@mgmlaw.com; jbrekeen@mgmlaw.com; pkalk@mgmlaw.com; Nicholas J. Wehlen; lshea@stonepigman.com; Nicholas Ryan Varisco; Patricia Cowen Penton; adaunoy@lawla.com; dfogg@lawla.com; Patrick Dale Roquemore; Patrick Hayes Hunt; veronica.pryor@bblawla.com; Patrick R Follette; kl@chehardy.com; Paul D. Palermo; dwitchen@bluewilliams.com; jbrown@bluewilliams.com; Paul James Masinter; cmolony@stonepigman.com; III;

lgros@daiglefisse.com; Perrey S. Lee; cbonner@kuchlerpolk.com; njeandron@kuchlerpolk.com; Peter Ashley Bourgeois; bderoche@gallowaylawfirm.com; pburas@gallowaylawfirm.com; Rebecca Abbott Zotti; DBourne@maronmarvel.com; Jr; karin.gauthreaux@keanmiller.com; Richard Munice Crump; phutton@maronmarvel.com; Robert E. Dille; dbourne@maronmarvel.com; Roth Martin Hainkel; sdennis@frilot.com; III; jgreen@twpdlaw.com; srosamond3@cox.net; Scott C. Seiler; cwynn@liskow.com; Scott M. Galante; Marlene Zabaloui; scotgalante@hotmail.com; Shelley K. Napolitano; clanassa@maronmarvel.com; Shelley L. Thompson; asbestos@pugh-law.com; dharris@pugh-law.com; Stephanie Moore Hartman; Marlene Zabaloui; suek@spsr-law.com; dwanv@spsr-law.com; Thomas A. Porteous; area@pugh-law.com; Thomas Clay Naquin; jennifer.leglue@bblawla.com; Thomas Peyton Smith; Timothy F. Daniels; timfarrow@msn.com; Velvet Ferrand; Troy Nathan Bell; asbestos@courington-law.com; bankersen@courington-law.com; caroberts@courington-law.com; cwilliams@courington-law.com; gbarattini@courington-law.com; msemmes@courington-law.com; troybelllaw@aol.com; Tyler Moore Kostal; maureen.tydlaska@keanmiller.com; susan.maone@keanmiller.com; Valerie Theng Matherne; cfalcon@courington-law.com; spratt@courington-law.com; III; michele.clark@formanwatkins.com; Walter P. Maestri; jflesher@deutschkerrigan.com; mwillis@deutschkerrigan.com; Jr; rjenkins@deutschkerrigan.com

| | |
|---|---|
| **Subject:** | RE: Falcone v. Anco Insulations, Inc. et al; 2:21-cv-00233 |
| **Date:** | Wednesday, June 23, 2021 5:00:13 PM |
| **Attachments:** | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |

**CAUTION - EXTERNAL:**

Avondale does not plan to oppose the MSJ.

-Amanda



**AMANDA FRASER**
COUNSEL

Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Tel: (504) 310-2179
Fax: (504) 310-2101
www.irwinllc.com

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** eFile-Brown <eFile-Brown@laed.uscourts.gov>
**Sent:** Wednesday, June 23, 2021 4:28 PM
**To:** Madison G. McIntosh <mgm@pourciaulaw.com>
**Cc:** aec@arlaw.com; melissa.addison@arlaw.com; Amanda Fraser <afraser@irwinllc.com>; Maureen Murry <mmurry@irwinllc.com>; Amber B. Barlow <abarlow@deutschkerrigan.com>; cwilliams@deutschkerrigan.com; jdransfield@deutschkerrigan.com; mkloumassis@deutschkerrigan.com; rjenkins@deutschkerrigan.com; Amber L. Stewart <amber.stewart@formanwatkins.com>; amy.baldwin@formanwatkins.com; angela.mcleod@formanwatkins.com; Angela M. Bowlin <abowlin@frilot.com>; mdale@frilot.com; sdennis@frilot.com; Anthony John Staines <tony@staines-eppling.com>; kleblanc@staines-eppling.com; shari@seklaw.com; stacy@staines-eppling.com; Barbara Bourgeois Ormsby <bormsby@dkslaw.com>; cwilliams@deutschkerrigan.com; jdransfield@deutschkerrigan.com; mkloumassis@deutschkerrigan.com; rjenkins@deutschkerrigan.com; Beverly M. Klundt <bklundt@pugh-law.com>; jgalaviz@pugh-law.com; sgoff@pugh-law.com; Blaine Augusta Moore <bmoore@courington-law.com>; asbestos@courington-law.com; bankersen@courington-law.com;

caroberts@courington-law.com; cwilliams@courington-law.com; msemmes@courington-law.com; Bradley Adam Hays <ahays@mgmlaw.com>; AsbLitLA@mgmlaw.com; erotherham@mgmlaw.com; mzdenek@mgmlaw.com; tkeeler@mgmlaw.com; Brady McNeil Hadden <bhadden@liskow.com>; jepstein@liskow.com; Brandie Mendoza Thibodeaux <bthibodeaux@mgmlaw.com>; jbrekeen@mgmlaw.com; Brittney Bullock Ankersen <bankersen@courington-law.com>; asbestos@courington-law.com; caroberts@courington-law.com; cwilliams@courington-law.com; jburg@courington-law.com; tbell@courington-law.com; Jr <ceriseca@arlaw.com>; yvonne.evans@arlaw.com; Charles B. Wilmore <cbwilmore@liskow.com>; cwynn@liskow.com; llicciardiello@liskow.com; Christopher Ashley Meeks <cmeeks@gallowaylawfirm.com>; carmstrong@gallowaylawfirm.com; cmeeks612@gmail.com; TJackson@gallowaylawfirm.com; Christopher Kelly Lightfoot <klightfoot@hmhlp.com>; lsigur@hmhlp.com; rhotard@hmhlp.com; Christopher O. Massenburg <AsbLitLA@mgmlaw.com>; comadmins@mgmlaw.com; mzdenek@mgmlaw.com; tkeeler@mgmlaw.com; Colin Felicien Lozes <clozes@courington-law.com>; cfalcon@courington-law.com; spratt@courington-law.com; Craig V. Sweeney <csweeney@bluewilliams.com>; dwitchen@bluewilliams.com; jbrown@bluewilliams.com; Cynthia Cleland Roth <croth@bluewilliams.com>; dwitchen@bluewilliams.com; jbrown@bluewilliams.com; Damon R. Pourciau <drp@pourciaulaw.com>; Lorin W. Staup <lws@pourciaulaw.com>; Sarah T. Wide <stw@pourciaulaw.com>; Daniel E. Oser <doser@pugh-law.com>; area@pugh-law.com; Jr <DB@Chehardy.com>; JWM@chehardy.com; MAJ@chehardy.com; Daniel S Roberts <drober87@icloud.com>; Peggy.Haralson@formanwatkins.com; Danielle Mikel Sczesny <Dsczesny@mgmlaw.com>; pkalk@mgmlaw.com; David C. Bernard <david@seklaw.com>; nora@seklaw.com; David M. Stein <dstein@pugh-law.com>; tgegenheimer@pugh-law.com; Jr <david.bienvenu@bblawla.com>; shauna.vallet@bblawla.com; David Melancon <dmelancon@irwinllc.com>; Amanda Bladsacker <abladsacker@irwinllc.com>; avondaleasbestos@bluewilliams.com; david-melancon-1005@ecf.pacerpro.com; Irwin Avondale@irwinllc.com <irwinavondale@irwinllc.com>; Jason Serio <jserio@irwinllc.com>; Kim Rebouche <krebouche@irwinllc.com>; kwilson@lawla.com; Deborah DeRoche Kuchler <dkuchler@kuchlerpolk.com>; cmcclain@kuchlerpolk.com; Devin C. Reid <dcreid@liskow.com>; astmary@liskow.com; dstevenson@liskow.com; emitchell@liskow.com; Donna M. Young <dyoung@pugh-law.com>; asbestos@pugh-law.com; jducote@pugh-law.com; lpugh@pugh-law.com; Douglas Kinler <dkinler@spsr-law.com>; dwanv@spsr-law.com; stacyv@spsr-law.com; Douglas R. Elliott <delliott@pugh-law.com>; psigur@pugh-law.com; sobrien@pugh-law.com; Douglas Watson Redfearn <dredfearn@spsr-law.com>; marilynb@spsr-law.com; II <epoitevent@stonepigman.com>; Jr <elassus@hmhlp.com>; elassusj@bellsouth.net; Edward T. Hayes <ehayes@leakeandersson.com>; clicciardi@leakeandersson.com; Edward Trapolin <etrapolin@irwinllc.com>; Amanda Bladsacker <abladsacker@irwinllc.com>; edward-trapolin-0790@ecf.pacerpro.com; Julie Martinez <jmartinez@irwinllc.com>; Lynette Johnson <ljohnson@irwinllc.com>; Phyllis Bell <pbell@irwinllc.com>; Elia Diaz-Yaeger <ediaz-yaeger@lawla.com>; tboyd@lawla.com; Elizabeth Riddell Penn <elizabeth.penn@formanwatkins.com>; LAeservice@formanwatkins.com; Erin Brooke Rigsby <ebr@chehardy.com>; dmb@chehardy.com; grace@thetrialteam.com; Ernest G. Foundas <efoundas@pugh-law.com>; lmichiels@pugh-law.com; mdavis@pugh-law.com; Etienne Francis Rene <erene@pugh-law.com>; Francis Christopher Cannone <Fcannone@twpdlaw.com>; cnagy@twpdlaw.com; jplaisance@twpdlaw.com; tdennies@twpdlaw.com; III <fdeblanc@pugh-law.com>; sjohnson@pugh-law.com; tgegenheimer@pugh-law.com; Gabriel J. Veninata

<gveninata@hmhlp.com>; twilcox@hmhlp.com; Jr <glanglois@edwardwomac.com>;
bburgess@stonepigman.com; Georgia Noble Ainsworth <georgia.ainsworth@keanmiller.com>;
cheri.shields@keanmiller.com; Glenn Lyle Maximilian Swetman <mswetman@mgmlaw.com>;
AsbLitLA@mgmlaw.com; Gus Fritchie <gfritchie@irwinllc.com>; Gwen LeSage
<glesage@irwinllc.com>; gus-fritchie-4528@ecf.pacerpro.com; Julie Martinez
<jmartinez@irwinllc.com>; Jr <hpradecker@pugh-law.com>; asbestos@pugh-law.com;
bklundt@pugh-law.com; jgalaviz@pugh-law.com; lpugh@pugh-law.com; sgoff@pugh-law.com;
sthompson@pugh-law.com; Inemesit U. O'Boyle <inem@thetrialteam.com>; ks@chehardy.com;
Jacqueline Romero <jromero@pugh-law.com>; asbestos@pugh-law.com; jgalaviz@pugh-law.com;
sgoff@pugh-law.com; sobrien@pugh-law.com; James Matthew Matherne <jmatherne@courington-
law.com>; asbestos@courington-law.com; spratt@courington-law.com; James McClendon Williams
<james@thetrialteam.com>; dmb@chehardy.com; James R. Guidry <jguidry@spsr-law.com>;
sandir@spsr-law.com; Jamie Hebert Baglio <jbaglio@pugh-law.com>; jducote@pugh-law.com;
sobrien@pugh-law.com; Janice M. Culotta <janice.culotta@keanmiller.com>;
cheri.shields@keanmiller.com; Janika D. Polk <jpolk@kuchlerpolk.com>;
mcangiamilla@kuchlerpolk.com; rallison@kuchlerpolk.com; rgoldstein@kuchlerpolk.com; Jeanette
Seraile-Riggins <JRiggins@mgmlaw.com>; jay.jalenak@keanmiller.com;
tammy.gibson@keanmiller.com; Jay P. Farmer <jfarmer@lawla.com>; mnguyen@lawla.com;
AsbLitLA@mgmlaw.com; cburciaga@mgmlaw.com; Jeffrey Matthew Burg <jburg@courington-
law.com>; asbestos@courington-law.com; bankersen@courington-law.com; caroberts@courington-
law.com; cwilliams@courington-law.com; gbarattini@courington-law.com;
kcourington@courington-law.com; msemmes@courington-law.com; Jennifer E. Adams
<jadams@dkslaw.com>; cwilliams@deutschkerrigan.com; mkloumassis@deutschkerrigan.com; John
Allain Viator <john.viator@bblawla.com>; jennifer.holtzclaw@bblawla.com; III
<jhainkel@frilot.com>; sdennis@frilot.com; IV <jhart@pugh-law.com>; area@pugh-law.com; Kari M.
Rosamond <krosamond@dkslaw.com>; jflesher@deutschkerrigan.com;
kdahlgreen@deutschkerrigan.com; Katherine Osborne Hannan <khannan@lawla.com>;
dfogg@lawla.com; kwilson@lawla.com; Kathleen Erin Jordan <kjordan@pugh-law.com>;
sjohnson@pugh-law.com; Kaye N. Courington <kcourington@courington-law.com>; Kelly L. Long
<klong@frilot.com>; sdennis@frilot.com; tprice@frilot.com; Kelsey A. Eagan <keagan@frilot.com>;
eguidry@frilot.com; Kirk Norris Aurandt <kaurandt@daiglefisse.com>; Kristopher T. Wilson
<kwilson@lawla.com>; dfogg@lawla.com; Lacey Taylor McCoy <lmccoy@frilot.com>;
eguidry@frilot.com; Lauren Ann McCulloch Semlinger <lmcculloch@morganlewis.com>;
lauren.lee@morganlewis.com; MLB-LA-Asbestos@morganlewis.com;
mlbhofilings@morganlewis.com; III <lpugh@pugh-law.com>; asbestos@pugh-law.com;
dpope@pugh-law.com; Lee Blanton Ziffer <lziffer@kuchlerpolk.com>; kdavis@kuchlerpolk.com;
njeandron@kuchlerpolk.com; rharris@kuchlerpolk.com; Lee M. LeBouef
<llebouef@leakeandersson.com>; pwebb@leakeandersson.com; Lexi T. Holinga
<lexi.holinga@bblawla.com>; shauna.vallet@bblawla.com; Louis Oliver Oubre <louiso@spsr-
law.com>; dwanv@spsr-law.com; Magali Ann Puente-Martin <mpuente@frilot.com>;
eguidry@frilot.com; Marc E. Devenport <mdevenport@leakeandersson.com>;
bclement@leakeandersson.com; ngreen@leakeandersson.com; Margaret M. Joffe <mjoffe@pugh-
law.com>; abladsacker@pugh-law.com; psigur@pugh-law.com; Mary Reeves Arthur
<Mimi.Arthur@formanwatkins.com>; LAeservice@formanwatkins.com;
Lyndy.Rayborn@formanwatkins.com; Marissa.Miller@formanwatkins.com; Mathilde Villere Semmes

<msemmes@courington-law.com>; caroberts@courington-law.com; cwilliams@courington-law.com; McGready Lewis Richeson <mricheson@pugh-law.com>; ataurassi@pugh-law.com; ctrahan@pugh-law.com; lmichiels@pugh-law.com; tgegenheimer@pugh-law.com; McNeil James Kemmerly <mkemmerly@leakeandersson.com>; ilanier@leakeandersson.com; krastanis@leakeandersson.com; mkemmerly@cox.net; Meghan B. Senter <msenter@mgmlaw.com>; AsbLitLA@mgmlaw.com; Melissa Jade Shaffer <jade.shaffer@bblawla.com>; asbestos@bblawla.com; Scott Minyard <sminyard@irwinllc.com>; Amanda Bladsacker <abladsacker@irwinllc.com>; Phyllis Bell <pbell@irwinllc.com>; Michael William McMahon <mmcmahon@daiglefisse.com>; dhartman@daiglefisse.com; kaurandt@daiglefisse.com; lgros@daiglefisse.com; Milele N. St. Julien <mstjulien@pugh-law.com>; sjohnson@pugh-law.com; Mitchell F Tedesco <mitchell.tedesco@morganlewis.com>; angela.davis@morganlewis.com; Monique M. Weiner <mweiner@kuchlerpolk.com>; cmcclain@kuchlerpolk.com; jroberts@kuchlerpolk.com; Natasha Amber Corb <ncorb@mgmlaw.com>; AsbLitLA@mgmlaw.com; jbrekeen@mgmlaw.com; pkalk@mgmlaw.com; Nicholas J. Wehlen <nwehlen@stonepigman.com>; lshea@stonepigman.com; Nicholas Ryan Varisco <nrv@chehardy.com>; Patricia Cowen Penton <ppenton@lawla.com>; adaunoy@lawla.com; dfogg@lawla.com; Patrick Dale Roquemore <patrick.roquemore@keanmiller.com>; Patrick Hayes Hunt <patrick.hunt@bblawla.com>; veronica.pryor@bblawla.com; Patrick R Follette <prf@chehardy.com>; kl@chehardy.com; Paul D. Palermo <ppalermo@bluewilliams.com>; dwitchen@bluewilliams.com; jbrown@bluewilliams.com; Paul James Masinter <pmasinter@stonepigman.com>; cmolony@stonepigman.com; III <ptrapani@daiglefisse.com>; lgros@daiglefisse.com; Perrey S. Lee <plee@kuchlerpolk.com>; cbonner@kuchlerpolk.com; njeandron@kuchlerpolk.com; Peter Ashley Bourgeois <pbourgeois@gjtbs.com>; bderoche@gallowaylawfirm.com; pburas@gallowaylawfirm.com; Rebecca Abbott Zotti <rzotti@maronmarvel.com>; DBourne@maronmarvel.com; Jr <richard.mcconnell@keanmiller.com>; karin.gauthreaux@keanmiller.com; Richard Munice Crump <rcrump@maronmarvel.com>; phutton@maronmarvel.com; Robert E. Dille <rdille@maronmarvel.com>; dbourne@maronmarvel.com; Roth Martin Hainkel <rhainkel@frilot.com>; sdennis@frilot.com; III <srosamond@twpdlaw.com>; jgreen@twpdlaw.com; srosamond3@cox.net; Scott C. Seiler <scseiler@liskow.com>; cwynn@liskow.com; Scott M. Galante <scott@gb-lawfirm.com>; Marlene Zabaloui <marlene@gb-lawfirm.com>; scotgalante@hotmail.com; Shelley K. Napolitano <snapolitano@maronmarvel.com>; clanassa@maronmarvel.com; Shelley L. Thompson <sthompson@pugh-law.com>; asbestos@pugh-law.com; dharris@pugh-law.com; Stephanie Moore Hartman <stephanie@gb-lawfirm.com>; Marlene Zabaloui <marlene@gb-lawfirm.com>; suek@spsr-law.com; dwanv@spsr-law.com; Thomas A. Porteous <tporteous@pugh-law.com>; area@pugh-law.com; Thomas Clay Naquin <thomas.naquin@bblawla.com>; jennifer.leglue@bblawla.com; Thomas Peyton Smith <peyton.smith@formanwatkins.com>; Timothy F. Daniels <tdaniels@irwinllc.com>; timfarrow@msn.com; Velvet Ferrand <vferrand@irwinllc.com>; Troy Nathan Bell <tbell@courington-law.com>; asbestos@courington-law.com; bankersen@courington-law.com; caroberts@courington-law.com; cwilliams@courington-law.com; gbarattini@courington-law.com; msemmes@courington-law.com; troybelllaw@aol.com; Tyler Moore Kostal <tyler.kostal@keanmiller.com>; maureen.tydlaska@keanmiller.com; susan.maone@keanmiller.com; Valerie Theng Matherne <vmatherne@courington-law.com>; cfalcon@courington-law.com; spratt@courington-law.com; III <trey.watkins@formanwatkins.com>; michele.clark@formanwatkins.com; Walter P. Maestri <wmaestri@dkslaw.com>;

jflesher@deutschkerrigan.com; mwillis@deutschkerrigan.com; Jr
<wharrison@deutschkerrigan.com>; rjenkins@deutschkerrigan.com
**Subject:** RE: Falcone v. Anco Insulations, Inc. et al; 2:21-cv-00233

Thank you for this information. Does the cross-claimant, Avondale, plan to oppose the motion for summary judgment?

---

**From:** Madison G. McIntosh <mgm@pourciaulaw.com>
**Sent:** Tuesday, June 22, 2021 12:48 PM
**To:** eFile-Brown <eFile-Brown@laed.uscourts.gov>
**Cc:** aec@arlaw.com; melissa.addison@arlaw.com; Amanda Marie Crowley Fraser <afraser@irwinllc.com>; mmurry@irwinllc.com; Amber B. Barlow <abarlow@deutschkerrigan.com>; cwilliams@deutschkerrigan.com; jdransfield@deutschkerrigan.com; mkloumassis@deutschkerrigan.com; rjenkins@deutschkerrigan.com; Amber L. Stewart <amber.stewart@formanwatkins.com>; amy.baldwin@formanwatkins.com; angela.mcleod@formanwatkins.com; Angela M. Bowlin <abowlin@frilot.com>; mdale@frilot.com; sdennis@frilot.com; Anthony John Staines <tony@staines-eppling.com>; kleblanc@staines-eppling.com; shari@seklaw.com; stacy@staines-eppling.com; Barbara Bourgeois Ormsby <bormsby@dkslaw.com>; cwilliams@deutschkerrigan.com; jdransfield@deutschkerrigan.com; mkloumassis@deutschkerrigan.com; rjenkins@deutschkerrigan.com; Beverly M. Klundt <bklundt@pugh-law.com>; jgalaviz@pugh-law.com; sgoff@pugh-law.com; Blaine Augusta Moore <bmoore@courington-law.com>; asbestos@courington-law.com; bankersen@courington-law.com; caroberts@courington-law.com; cwilliams@courington-law.com; msemmes@courington-law.com; Bradley Adam Hays <ahays@mgmlaw.com>; AsbLitLA@mgmlaw.com; erotherham@mgmlaw.com; mzdenek@mgmlaw.com; tkeeler@mgmlaw.com; Brady McNeil Hadden <bhadden@liskow.com>; jepstein@liskow.com; Brandie Mendoza Thibodeaux <bthibodeaux@mgmlaw.com>; jbrekeen@mgmlaw.com; Brittney Bullock Ankersen <bankersen@courington-law.com>; asbestos@courington-law.com; caroberts@courington-law.com; cwilliams@courington-law.com; jburg@courington-law.com; tbell@courington-law.com; Jr <ceriseca@arlaw.com>; yvonne.evans@arlaw.com; Charles B. Wilmore <cbwilmore@liskow.com>; cwynn@liskow.com; llicciardiello@liskow.com; Christopher Ashley Meeks <cmeeks@gallowaylawfirm.com>; carmstrong@gallowaylawfirm.com; cmeeks612@gmail.com; TJackson@gallowaylawfirm.com; Christopher Kelly Lightfoot <klightfoot@hmhlp.com>; lsigur@hmhlp.com; rhotard@hmhlp.com; Christopher O. Massenburg <AsbLitLA@mgmlaw.com>; comadmins@mgmlaw.com; mzdenek@mgmlaw.com; tkeeler@mgmlaw.com; Colin Felicien Lozes <clozes@courington-law.com>; cfalcon@courington-law.com; spratt@courington-law.com; Craig V. Sweeney <csweeney@bluewilliams.com>; dwitchen@bluewilliams.com; jbrown@bluewilliams.com; Cynthia Cleland Roth <croth@bluewilliams.com>; dwitchen@bluewilliams.com; jbrown@bluewilliams.com; Damon R. Pourciau <drp@pourciaulaw.com>; Lorin W. Staup <lws@pourciaulaw.com>; Sarah T. Wide <stw@pourciaulaw.com>; Daniel E. Oser <doser@pugh-law.com>; area@pugh-law.com; Jr <DB@Chehardy.com>; JWM@chehardy.com; MAJ@chehardy.com; Daniel S Roberts <drober87@icloud.com>; Peggy.Haralson@formanwatkins.com; Danielle Mikel Sczesny <Dsczesny@mgmlaw.com>; pkalk@mgmlaw.com; David C. Bernard <david@seklaw.com>; nora@seklaw.com; David M. Stein <dstein@pugh-law.com>; tgegenheimer@pugh-law.com; Jr <david.bienvenu@bblawla.com>; shauna.vallet@bblawla.com; David Michael Melancon

<dmelancon@irwinllc.com>; abladsacker@irwinllc.com; avondaleasbestos@bluewilliams.com; david-melancon-1005@ecf.pacerpro.com; irwinavondale@irwinllc.com; jserio@irwinllc.com; krebouche@irwinllc.com; kwilson@lawla.com; Deborah DeRoche Kuchler <dkuchler@kuchlerpolk.com>; cmcclain@kuchlerpolk.com; Devin C. Reid <dcreid@liskow.com>; astmary@liskow.com; dstevenson@liskow.com; emitchell@liskow.com; Donna M. Young <dyoung@pugh-law.com>; asbestos@pugh-law.com; jducote@pugh-law.com; lpugh@pugh-law.com; Douglas Kinler <dkinler@spsr-law.com>; dwanv@spsr-law.com; stacyv@spsr-law.com; Douglas R. Elliott <delliott@pugh-law.com>; psigur@pugh-law.com; sobrien@pugh-law.com; Douglas Watson Redfearn <dredfearn@spsr-law.com>; marilynb@spsr-law.com; II <epoitevent@stonepigman.com>; Jr <elassus@hmhlp.com>; elassusj@bellsouth.net; Edward T. Hayes <ehayes@leakeandersson.com>; clicciardi@leakeandersson.com; Edward Winter Trapolin <etrapolin@irwinllc.com>; abladsacker@irwinllc.com; edward-trapolin-0790@ecf.pacerpro.com; jmartinez@irwinllc.com; ljohnson@irwinllc.com; pbell@irwinllc.com; Elia Diaz-Yaeger <ediaz-yaeger@lawla.com>; tboyd@lawla.com; Elizabeth Riddell Penn <elizabeth.penn@formanwatkins.com>; LAeservice@formanwatkins.com; Erin Brooke Rigsby <ebr@chehardy.com>; dmb@chehardy.com; grace@thetrialteam.com; Ernest G. Foundas <efoundas@pugh-law.com>; lmichiels@pugh-law.com; mdavis@pugh-law.com; Etienne Francis Rene <erene@pugh-law.com>; Francis Christopher Cannone <Fcannone@twpdlaw.com>; cnagy@twpdlaw.com; jplaisance@twpdlaw.com; tdennies@twpdlaw.com; III <fdeblanc@pugh-law.com>; sjohnson@pugh-law.com; tgegenheimer@pugh-law.com; Gabriel J. Veninata <gveninata@hmhlp.com>; twilcox@hmhlp.com; Jr <glanglois@edwardwomac.com>; bburgess@stonepigman.com; Georgia Noble Ainsworth <georgia.ainsworth@keanmiller.com>; cheri.shields@keanmiller.com; Glenn Lyle Maximilian Swetman <mswetman@mgmlaw.com>; AsbLitLA@mgmlaw.com; III <gfritchie@irwinllc.com>; glesage@irwinllc.com; gus-fritchie-4528@ecf.pacerpro.com; jmartinez@irwinllc.com; Jr <hpradecker@pugh-law.com>; asbestos@pugh-law.com; bklundt@pugh-law.com; jgalaviz@pugh-law.com; lpugh@pugh-law.com; sgoff@pugh-law.com; sthompson@pugh-law.com; Inemesit U. O'Boyle <inem@thetrialteam.com>; ks@chehardy.com; Jacqueline Romero <jromero@pugh-law.com>; asbestos@pugh-law.com; jgalaviz@pugh-law.com; sgoff@pugh-law.com; sobrien@pugh-law.com; James Matthew Matherne <jmatherne@courington-law.com>; asbestos@courington-law.com; spratt@courington-law.com; James McClendon Williams <james@thetrialteam.com>; dmb@chehardy.com; James R. Guidry <jguidry@spsr-law.com>; sandir@spsr-law.com; Jamie Hebert Baglio <jbaglio@pugh-law.com>; jducote@pugh-law.com; sobrien@pugh-law.com; Janice M. Culotta <janice.culotta@keanmiller.com>; cheri.shields@keanmiller.com; Janika D. Polk <jpolk@kuchlerpolk.com>; mcangiamilla@kuchlerpolk.com; rallison@kuchlerpolk.com; rgoldstein@kuchlerpolk.com; Jeanette Seraile-Riggins <JRiggins@mgmlaw.com>; Jr <jay.jalenak@keanmiller.com>; tammy.gibson@keanmiller.com; Jay P. Farmer <jfarmer@lawla.com>; mnguyen@lawla.com; AsbLitLA@mgmlaw.com; cburciaga@mgmlaw.com; Jeffrey Matthew Burg <jburg@courington-law.com>; asbestos@courington-law.com; bankersen@courington-law.com; caroberts@courington-law.com; cwilliams@courington-law.com; gbarattini@courington-law.com; kcourington@courington-law.com; msemmes@courington-law.com; Jennifer E. Adams <jadams@dkslaw.com>; cwilliams@deutschkerrigan.com; mkloumassis@deutschkerrigan.com; John Allain Viator <john.viator@bblawla.com>; jennifer.holtzclaw@bblawla.com; III <jhainkel@frilot.com>; sdennis@frilot.com; IV <jhart@pugh-law.com>; area@pugh-law.com; Kari M. Rosamond <krosamond@dkslaw.com>;

jflesher@deutschkerrigan.com; kdahlgreen@deutschkerrigan.com; Katherine Osborne Hannan <khannan@lawla.com>; dfogg@lawla.com; kwilson@lawla.com; Kathleen Erin Jordan <kjordan@pugh-law.com>; sjohnson@pugh-law.com; Kaye N. Courington <kcourington@courington-law.com>; Kelly L. Long <klong@frilot.com>; sdennis@frilot.com; tprice@frilot.com; Kelsey A. Eagan <keagan@frilot.com>; eguidry@frilot.com; Kirk Norris Aurandt <kaurandt@daiglefisse.com>; Kristopher T. Wilson <kwilson@lawla.com>; dfogg@lawla.com; Lacey Taylor McCoy <lmccoy@frilot.com>; eguidry@frilot.com; Lauren Ann McCulloch Semlinger <lmcculloch@morganlewis.com>; lauren.lee@morganlewis.com; MLB-LA-Asbestos@morganlewis.com; mlbhofilings@morganlewis.com; III <lpugh@pugh-law.com>; asbestos@pugh-law.com; dpope@pugh-law.com; Lee Blanton Ziffer <lziffer@kuchlerpolk.com>; kdavis@kuchlerpolk.com; njeandron@kuchlerpolk.com; rharris@kuchlerpolk.com; Lee M. LeBouef <llebouef@leakeandersson.com>; pwebb@leakeandersson.com; Lexi T. Holinga <lexi.holinga@bblawla.com>; shauna.vallet@bblawla.com; Louis Oliver Oubre <louiso@spsr-law.com>; dwanv@spsr-law.com; Magali Ann Puente-Martin <mpuente@frilot.com>; eguidry@frilot.com; Marc E. Devenport <mdevenport@leakeandersson.com>; bclement@leakeandersson.com; ngreen@leakeandersson.com; Margaret M. Joffe <mjoffe@pugh-law.com>; abladsacker@pugh-law.com; psigur@pugh-law.com; Mary Reeves Arthur <Mimi.Arthur@formanwatkins.com>; LAeservice@formanwatkins.com; Lyndy.Rayborn@formanwatkins.com; Marissa.Miller@formanwatkins.com; Mathilde Villere Semmes <msemmes@courington-law.com>; caroberts@courington-law.com; cwilliams@courington-law.com; McGready Lewis Richeson <mricheson@pugh-law.com>; ataurassi@pugh-law.com; ctrahan@pugh-law.com; lmichiels@pugh-law.com; tgegenheimer@pugh-law.com; McNeil James Kemmerly <mkemmerly@leakeandersson.com>; ilanier@leakeandersson.com; krastanis@leakeandersson.com; mkemmerly@cox.net; Meghan B. Senter <msenter@mgmlaw.com>; AsbLitLA@mgmlaw.com; Melissa Jade Shaffer <jade.shaffer@bblawla.com>; asbestos@bblawla.com; Michael Scott Minyard <sminyard@irwinllc.com>; abladsacker@irwinllc.com; pbell@irwinllc.com; Michael William McMahon <mmcmahon@daiglefisse.com>; dhartman@daiglefisse.com; kaurandt@daiglefisse.com; lgros@daiglefisse.com; Milele N. St. Julien <mstjulien@pugh-law.com>; sjohnson@pugh-law.com; Mitchell F Tedesco <mitchell.tedesco@morganlewis.com>; angela.davis@morganlewis.com; Monique M. Weiner <mweiner@kuchlerpolk.com>; cmcclain@kuchlerpolk.com; jroberts@kuchlerpolk.com; Natasha Amber Corb <ncorb@mgmlaw.com>; AsbLitLA@mgmlaw.com; jbrekeen@mgmlaw.com; pkalk@mgmlaw.com; Nicholas J. Wehlen <nwehlen@stonepigman.com>; lshea@stonepigman.com; Nicholas Ryan Varisco <nrv@chehardy.com>; Patricia Cowen Penton <ppenton@lawla.com>; adaunoy@lawla.com; dfogg@lawla.com; Patrick Dale Roquemore <patrick.roquemore@keanmiller.com>; Patrick Hayes Hunt <patrick.hunt@bblawla.com>; veronica.pryor@bblawla.com; Patrick R Follette <prf@chehardy.com>; kl@chehardy.com; Paul D. Palermo <ppalermo@bluewilliams.com>; dwitchen@bluewilliams.com; jbrown@bluewilliams.com; Paul James Masinter <pmasinter@stonepigman.com>; cmolony@stonepigman.com; III <ptrapani@daiglefisse.com>; lgros@daiglefisse.com; Perrey S. Lee <plee@kuchlerpolk.com>; cbonner@kuchlerpolk.com; njeandron@kuchlerpolk.com; Peter Ashley Bourgeois <pbourgeois@gjtbs.com>; bderoche@gallowaylawfirm.com; pburas@gallowaylawfirm.com; Rebecca Abbott Zotti <rzotti@maronmarvel.com>; DBourne@maronmarvel.com; Jr <richard.mcconnell@keanmiller.com>; karin.gauthreaux@keanmiller.com; Richard Munice Crump <rcrump@maronmarvel.com>; phutton@maronmarvel.com; Robert E. Dille

<rdille@maronmarvel.com>; dbourne@maronmarvel.com; Roth Martin Hainkel
<rhainkel@frilot.com>; sdennis@frilot.com; III <srosamond@twpdlaw.com>; jgreen@twpdlaw.com;
srosamond3@cox.net; Scott C. Seiler <scseiler@liskow.com>; cwynn@liskow.com; Scott M. Galante
<scott@gb-lawfirm.com>; Marlene Zabaloui <marlene@gb-lawfirm.com>;
scotgalante@hotmail.com; Shelley K. Napolitano <snapolitano@maronmarvel.com>;
clanassa@maronmarvel.com; Shelley L. Thompson <sthompson@pugh-law.com>; asbestos@pugh-
law.com; dharris@pugh-law.com; Stephanie Moore Hartman <stephanie@gb-lawfirm.com>;
Marlene Zabaloui <marlene@gb-lawfirm.com>; Susan Beth Kohn <suek@spsr-law.com>;
dwanv@spsr-law.com; Thomas A. Porteous <tporteous@pugh-law.com>; area@pugh-law.com;
Thomas Clay Naquin <thomas.naquin@bblawla.com>; jennifer.leglue@bblawla.com; Thomas Peyton
Smith <peyton.smith@formanwatkins.com>; Timothy Farrow Daniels <tdaniels@irwinllc.com>;
timfarrow@msn.com; vferrand@irwinllc.com; Troy Nathan Bell <tbell@courington-law.com>;
asbestos@courington-law.com; bankersen@courington-law.com; caroberts@courington-law.com;
cwilliams@courington-law.com; gbarattini@courington-law.com; msemmes@courington-law.com;
troybelllaw@aol.com; Tyler Moore Kostal <tyler.kostal@keanmiller.com>;
maureen.tydlaska@keanmiller.com; susan.maone@keanmiller.com; Valerie Theng Matherne
<vmatherne@courington-law.com>; cfalcon@courington-law.com; spratt@courington-law.com; III
<trey.watkins@formanwatkins.com>; michele.clark@formanwatkins.com; Walter P. Maestri
<wmaestri@dkslaw.com>; jflesher@deutschkerrigan.com; mwillis@deutschkerrigan.com; Jr
<wharrison@deutschkerrigan.com>; rjenkins@deutschkerrigan.com
**Subject:** Falcone v. Anco Insulations, Inc. et al; 2:21-cv-00233


**CAUTION - EXTERNAL:**


Good Afternoon,

I am writing because Plaintiff does not plan to oppose Gulf Coast Marine's Motion for Summary
Judgment or Lamorak's Motion to Stay. Would the court prefer for us to file Notices of No
Opposition or to simply do nothing?

**Madison G. McIntosh**
Legal Assistant
**POURCIAU LAW FIRM**
8550 United Plaza Blvd, Suite 702
Baton Rouge, Louisiana 70809
Ph: 504-305-2375
Fax: 504-305-4168
mailto:mgm@pourciaulaw.com


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution

when opening attachments or clicking on links.